THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HICKS, Appellant.— Order unanimously reversed and matter remitted to Erie County Court for a hearing. Memorandum: Defendant was convicted of robbery, second degree, in March, 1955, upon his plea of guilty. He now seeks *coram nobis* relief and alleges that his plea was induced by coercion and duress in that his wife was arrested and both she and appellant were threatened that she would be imprisoned unless defendant entered a guilty plea. Acting on these threats, it is alleged appellant changed his plea to guilty. The former determination of County Court made in July, 1965, was not reviewed by this court and is not binding on us. The issues presented should be the subject of a hearing where appellant should be represented by counsel if he makes a proper request therefor. (Appeal from order of Erie County Court denying, without a hearing, motion to vacate a judgment of conviction for robbery, second degree, rendered May 2, 1955.) Present — Williams, P. J., Bastow, Goldman, Del Vecchio and Marsh, JJ.